# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TREVINO E. ROGERS** | : | |
|    **Plaintiff** | : | No. 1:21-cv-66 |
| | : | |
|    v. | : | (Judge Kane) |
| | : | |
| **CURBS PLUS, INC., et al.** | : | |
|    **Defendants** | : | |

## ORDER

**AND NOW**, on this 12th day of July 2021, upon notice that the case has settled, **IT IS ORDERED THAT** this action is dismissed without costs and without prejudice, to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if settlement is not consummated. **IT IS FURTHER ORDERED THAT** the parties are directed to submit, within sixty (60) days of the date of this Order, a joint status report addressing whether the instant action should be dismissed with or without prejudice. Should the parties fail to submit a timely status report in accordance with this Order, the Court will deem the dismissal of this action to be with prejudice. The Clerk of Court is directed to **CLOSE** this case. The Telephone Status Conference scheduled on July 16, 2021 is cancelled.

                                                                                      s/ Yvette Kane
                                                                                     Yvette Kane, District Judge
                                                                                     United States District Court
                                                                                     Middle District of Pennsylvania